# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1126
LT Case No. 2021-DR-000733

_____

KEVIN F. STOUSE,

    Appellant,

    v.

JACQUELINE M. STOUSE,

    Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Lester Bernard Bass, Judge.

Jennifer S. Carroll, of Law Offices of Jennifer S. Carroll, P.A.,
Jupiter, for Appellant.

Stephanie A. Sussman, of Sussman, Johnson & Alvarez Family
Law, Jacksonville, and Michael J. Korn, of Korn & Zehmer, P.A.,
Jacksonville, for Appellee.

May 22, 2026


PER CURIAM.

    Appellant appeals the trial court's order of contempt and
enforcement issued after post-judgment proceedings. We affirm
the trial court's order in all respects without further discussion
except for one issue on appeal.

Appellee requested a contempt and purge amount of $11,240.01 for alimony arrearages from October 2024 through February 2025. The record below provided that Appellee's calculations were correct. However, in its order, the court set the amount at $15,000.00 rather than the $11,240.01 requested by Appellee. Appellant challenges this discrepancy. In response, Appellee concedes this was error.

In addition, the trial court found Appellant in contempt and issued this amount as a money judgment rather than a purge amount. Appellant argues on appeal that the amount owed should have been issued as a purge amount rather than a money judgment as originally requested by Appellee. Appellee concedes this was error also. However, Appellee never argued for or requested that any conditions or sanctions be set in relation to the purge amount. Specifically, Appellee requested that Appellant not be incarcerated for the unpaid alimony. As such, the trial court did not abuse its discretion in issuing the amount owed as a judgment because there was no reason to issue a purge amount. *See Eliot v. Bradshaw,* 59 So. 3d 1182, 1184 (Fla. 4th DCA 2011) (purpose of civil contempt is to compel party to comply with court order). Therefore, we reverse the trial court's order and remand for the trial court to correct its order to reflect the amount of $11,240.01 for alimony arrearages.

AFFIRMED in part, REVERSED in part, and REMANDED with instructions.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

—————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————